**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Efrain GUZMAN-CASTRO, a.k.a. Efrain Guzman Castro, Defendant-Appellant.**

No. 17-30030

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017[*]

Filed November 17, 2017

Bryce Bland Ellsworth, Special Assistant U.S. Attorney, Kevin Thomas Maloney, Assistant U.S. Attorney, Office of the U.S. Attorney, Boise, ID, for Plaintiff-Appellee

Craig H. Durham, Ferguson Durham, PLLC, Boise, ID, for Defendant-Appellant

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM [**]

Efrain Guzman-Castro appeals from the district court's judgment and challenges the 96-month sentence imposed following his guilty-plea convictions for conspiracy to distribute methamphetamine and distributing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guzman-Castro contends that his sentence is substantively unreasonable in light of the mitigating circumstances in this case. The district court did not abuse its discretion in imposing Guzman-Castro's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The mid-range sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.